UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61750-CIV-DIMITROULEAS

LAWRENCE M. SCLAFANI,

       Magistrate Judge Snow

    Plaintiff,

vs.

THE LAW OFFICE OF JASON J. EVANS, P.C.,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice, filed herein on December 7, 2010 [DE 22]. The Court has carefully considered the Joint Stipulation, notes the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 22] is hereby **APPROVED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Court hereby retains jurisdiction to enforce the terms of the settlement agreement.

3. The Clerk shall deny any pending motions as moot.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of December, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record